USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, *as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2020-SB70,*

Plaintiff,

-v-

295 E 149 LLC, et al.,

Defendants.

26-cv-9124 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a Show Cause hearing in this matter today, November 5, 2026. This Order memorializes the rulings made at the hearing:

Defendants may file opposition papers to Plaintiff's emergency motion for the appointment of a receiver by no later than November 10, 2026. Any replies shall be filed by 2:00 p.m. on November 11, 2026.

The Court will hold a further hearing on the motion on November 13, 2026 at 11:00 a.m. Parties are to appear in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: November 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge